# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 4:23-mc-4019 |
| TARA MARIE GRIMM. | ) | |

## ORDER

On May 16, 2023, the Illinois Supreme Court suspended attorney Tara Marie Grimm for one year effective immediately. May 16, 2023 Ill. Sup. Ct. Ord. 1, Ord. Attach., ECF No. 1-1.[1] When the Court receives information that an attorney has been suspended from practice in any other court of record, it will automatically impose the same discipline in the Central District of Illinois. Civil LR 83.6. Accordingly, the Court SUSPENDS Grimm from practicing in the Central District of Illinois effective immediately. Once the Illinois Supreme Court lifts its suspension, Grimm may file a motion for reinstatement with this Court.

Entered: May 17, 2023

_____
SARA DARROW
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Court may take judicial notice of facts that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned," Fed. R. Evid. 201(b)(2), such as those supplied by the Illinois Attorney Registration and Disciplinary Commission ("ARDC") on its website. *See* Lawyer Search, ARDC, https://www.iardc.org/ (search for Tara Grimm; select Tara Marie Grimm; scroll to Public Record of Discipline and Pending Proceedings; click Case Research; click May 16, 2023 Supreme Court Order) (last visited May 17, 2023).